# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOBY WALKER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J.E. KRUEGER,<br><br>　　　　Respondent. | Case No. 1:18-cv-01055-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND<br><br>ORDER MODIFYING BRIEFING SCHEDULE<br><br>(ECF No. 26) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 11, 2019, Petitioner filed the instant motion to amend (ECF No. 26) and an addendum to the petition (ECF No. 27). A party may amend its pleading once as a matter of course within 21 days after serving it, or "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading." Fed. R. Civ. P. 15(a)(1). The Ninth Circuit has held that "Federal Rule of Civil Procedure 15(a), which allows litigants to amend their pleadings once 'as a matter of course' before a responsive pleading has been filed, applies to habeas corpus actions." Anthony v. Cambra, 236 F.3d 568, 574 (9th Cir. 2000). No responsive pleading has been filed yet in the instant case, and thus, Petitioner is entitled to amend his pleading once as a matter of course.

///

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to amend (ECF No. 26) is GRANTED;

2. Respondent SHALL FILE a response to the petition (ECF No. 1) and addendum (ECF No. 27) no later than February 7, 2019; and

3. Respondent SHALL FILE a response to Petitioner's motion to transfer (ECF No. 23) no later than February 7, 2019. Petitioner MAY FILE a reply within SEVEN (7) days after the response is served.

IT IS SO ORDERED.

Dated: **January 15, 2019**

UNITED STATES MAGISTRATE JUDGE