# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JACOBY WALKER, | Case No. 1:18-cv-01055-SAB-HC |
|---|---|
| Petitioner, | ORDER DIRECTING RESPONDENT TO ELECTRONICALLY LODGE DOCUMENTS |
| v. | |
| J.E. KRUEGER, | ORDER FOR SUPPLEMENTAL BRIEFING REGARDING PETITIONER'S ADDENDUM (ECF No. 27) |
| Respondent. | |
| | ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON ASSISTANT UNITED STATES ATTORNEY MICHELE BECKWITH |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 5, 2019, Respondent filed a response to the petition wherein Respondent refers to various documents from Petitioner's criminal case in the United States District Court for the Northern District of Indiana. (ECF No. 32). In the order to respond, the Court directed that "Respondent SHALL FILE any and all transcripts or other documents necessary for the resolution of the issues presented in the Petition." (ECF No. 19 at 2). However, the Court has yet to receive any of the documents referenced in Respondent's response.

Additionally, the Court had ordered Respondent to address the addendum filed by Petitioner (ECF No. 27) in Respondent's response to the petition. (ECF No. 30 at 2). However,

Respondent does not address the addendum in the response, and the Court finds that supplemental briefing and further development of the record regarding the arguments and evidence in the addendum would assist the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days of the date of service of this order, Respondent SHALL FILE any and all transcripts or other documents necessary for the resolution of the issues presented in the petition and addendum. **The transcripts or other documents shall only be filed electronically and, to the extent practicable, provided in Optical Character Recognition ("OCR") format. Respondent shall not file a hard copy of the transcripts or other documents unless so ordered by this Court.**
2. Within thirty (30) days of the date of service of this order, Respondent SHALL FILE a supplemental brief addressing the addendum (ECF No. 27);
3. Within thirty (30) days of the date of service of Respondent's brief, Petitioner MAY FILE a response to Respondent's brief; and
4. The Clerk of Court is DIRECTED to serve a copy of this order on Michele Beckwith, Chief of the Criminal Division of the United States Attorney's Office for the Eastern District of California.[1]

IT IS SO ORDERED.

Dated: __**April 2, 2019**__

UNITED STATES MAGISTRATE JUDGE

---

[1] It is the Court's understanding that Assistant United States Attorney Michelle Rodriguez, Respondent's counsel of record in this case, is currently on leave and the court is unsure of counsel's return.